UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY ROCHA, | CASE NO. CV F 13-0796 LJO GSA |
| Plaintiff | **ORDER TO VACATE HEARING WITH FILING OF AMENDED COMPLAINT** (Docs. 6, 8) |
| vs. | |
| COUNTY OF TULARE, et al., | |
| Defendants. | |

On May 28, 2013, defendants filed their F.R.Civ.P. 12 motion to dismiss plaintiff's original complaint and set a June 27, 2013 hearing. On June 13, 2013, plaintiff filed his first amended complaint as a matter of course under F.R.Civ.P. 15(a)(1). As such, this Court:

1.  VACATES the June 27, 2013 hearing in that the first amended complaint renders moot the F.R.Civ.P. 12 motion to dismiss the original complaint;

2.  DIRECTS the clerk to term the F.R.Civ.P. 12 motion to dismiss the original complaint (doc. 6); and

3.  ORDERS defendants, no later than July 8, 2013, to file and serve papers to respond to the first amended complaint.

1

This Court will take no further action on the F.R.Civ.P. 12 motion to dismiss the original complaint (doc. 6).

IT IS SO ORDERED.

Dated:  **June 14, 2013**                                **/s/ Lawrence J. O'Neill**
                                                                       UNITED STATES DISTRICT JUDGE