UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY ROCHA,<br><br>                    Plaintiff<br><br>     vs.<br><br>COUNTY OF TULARE, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. CV F 13-0796 LJO GSA<br><br>**ORDER TO VACATE HEARING WITH FILING OF AMENDED COMPLAINT**<br>(Docs. 6, 8) |

On May 28, 2013, defendants filed their F.R.Civ.P. 12 motion to dismiss plaintiff's original complaint and set a June 27, 2013 hearing. On June 13, 2013, plaintiff filed his first amended complaint as a matter of course under F.R.Civ.P. 15(a)(1). As such, this Court:

1.   VACATES the June 27, 2013 hearing in that the first amended complaint renders moot the F.R.Civ.P. 12 motion to dismiss the original complaint;

2.   DIRECTS the clerk to term the F.R.Civ.P. 12 motion to dismiss the original complaint (doc. 6); and

3.   ORDERS defendants, no later than July 8, 2013, to file and serve papers to respond to the first amended complaint.

1

This Court will take no further action on the F.R.Civ.P. 12 motion to dismiss the original complaint (doc. 6).

IT IS SO ORDERED.

Dated:  **June 14, 2013**                              **/s/ Lawrence J. O'Neill**
                                                                                    UNITED STATES DISTRICT JUDGE